In the Matter of MARTHA J. SMITH, as Ancillary Executrix of MARY J. SMITH, Deceased, Appellant, against MICHAEL F. LOUGHMAN et al., Constituting the State Tax Commission, Respondents.

(Argued March 17, 1930; decided April 1, 1930.)

*Joseph F. McCloy, John L. McMaster, Leo Brady, Edward H. Pattison* and *Herbert W. Smith* for appellant.

*Hamilton Ward, Attorney-General* (*Henry S. Manley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.